JOHN P. PANNETON
State Bar No.: 153915
PANNETON LAW CORPORATION
845 University Avenue
Sacramento, CA 95825
Telephone: (916) 921-9890
Facsimile: (916) 441-4944

Attorney for ALY BHAMANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10 CR 0327 MCE |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| AKBAR BHAMANI, ZAIN BHAMANI, KEN SARNA, ALY BHAMANI, FEROZA BHAMANI LAILA BHAMANI JOHNE PIERRE QUINTANA, aka J.P. QUINTANA, and SHAUN BHAMANI, Defendants. | |

**PLEASE TAKE NOTICE** that Defendant ALY BHAMANI hereby substitutes John P. Panneton as appointed counsel in the place of Christopher Howard Wing as his attorney of record in the above matter.

Dated: March 19, 2012        s/_____
                             Aly Bhamani

Dated: March 19, 2012        s/_____
                             John P. Panneton

///

///

///

1

I consent to the above substitution.

Dated: March 17, 2012        s/_____
                             Christopher Howard Wing

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE