MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZAIN BHAMANI, et al.,<br><br>    Defendants. | CASE NO. 2:10-cr-00327-MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER THEREON** |

    IT IS HEREBY STIPULATED AND AGREED between the defendants, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the status conference presently set for March 22, 2012 at 9:00 a.m, should be continued to April 26, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded during that period.

    The reason for the continuance is that John Panneton has just substituted into the case as counsel for defendant Aly Bhamani and needs time to obtain the file, review the discovery, and prepare the case. The parties stipulate that the continuance should be granted for defense preparation and continuation of counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Undersigned counsel have authorized Mr. Jacobs to sign this pleading for them.

Dated: March 20, 2012

/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Zain Bhamani

Dated: March 20, 2012

/s/ Bruce Locke
BRUCE LOCKE
Attorney for Shaun Bhamani

Dated: March 20, 2012

/s/ Edward W. Swanson
EDWARD W. SWANSON
Attorney for Akbar Bhamani

Dated: March 20, 2012

/s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Ken Sarna

Dated: March 20, 2012

/s/ John P. Panneton
JOHN P. PANNETON
Attorney for Aly Bhamani

Dated: March 20, 2012

/s/ Matt Bockman
MATT BOCKMAN
Attorney for Feroza Bhamani

Dated: March 20, 2012

/s/ Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Laila Bhamani

Dated: March 20, 2012

/s/ Richard Pachter
RICHARD PACHTER
Attorney for John Pierre Quintana

Dated: March 20, 2012

/s/ Stephen Lapham
STEPHEN LAPHAM
Attorney for the United States

For the reasons stated in the above stipulation, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The status conference in this matter now set for March 22, 2012 is accordingly continued to April 26, 2012 at 9:00 a.m.

IT IS SO ORDERED.

DATED: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE