```
 1  CLYDE M. BLACKMON (SBN 36280)
    Rothschild Wishek & Sands LLP
 2  901 F Street, Suite 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant
    LAILA BHAMANI
 5
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00327 MCE |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT LAILA BHAMANI'S WAIVER OF PERSONAL APPEARANCE |
| AKBAR BHAMANI, | |
| ZAIN BHAMANI, | |
| KEN SARNA, | |
| ALY BHAMANI, | |
| FEROZA BHAMANI, | |
| LAILA BHAMANI, | |
| JOHN PIERRE QUINTANA, | |
|   aka J.P. Quintana, and | |
| SHAUN BHAMANI, | |
| Defendants. | |

Defendant Laila Bhamani hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held,

1  and when any other action is taken by the Court before or after
2  trial, except upon arraignment, plea, empanelment of jury and
3  imposition of sentence.  Defendant hereby requests the Court to
4  proceed during every absence of his which the Court may permit
5  pursuant to this waiver; agrees that his interests will be
6  deemed represented at all time by the presence of his attorney,
7  the same as if defendant were personally present; and further
8  agrees to be present in person in court ready for trial on any
9  day which the Court may fix in his absence.

DATED:  May 25, 2012          //s//_Laila Bhamani
                              LAILA BHAMANI

APPROVED:

//s//Clyde M. Blackmon____
CLYDE M. BLACKMON
Attorney for Defendant
LAILA BHAMANI

     IT IS SO ORDERED.

Dated:  May 30, 2012          _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE