```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  800 Howe Avenue, Suite 110
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    SHAUN BHAMANI
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-10-327 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO AMEND DATES |
| | ) | FOR FILING MOTION TO SEVER; |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| SHAUN BHAMANI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Shaun Bhamani, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the hearing on Shaun Bhamani's motion to sever his case from that of his co-defendants, which is presently set for presently set for September 27, 2012 at 9:00 a.m., should be vacated. The defense will file a motion to sever by November 9, 2012. The government will file its opposition by December 9, 2012 and the defense will file its reply by December 30, 2012. A hearing on the motion will be held on January 10, 2013.


DATED: September 26, 2012         /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Shaun Bhamani


DATED: September 26, 2012         /S/ Bruce Locke
                                  For STEVEN LAPHAM
                                  Attorney for the United States

1

ORDER

For the reasons stated in the above stipulation, the Court vacates the September 27, 2012 hearing date on the motion to sever. The defense will file a motion to sever by November 9, 2012. The government will file its opposition by December 9, 2012 and the defense will file its reply by December 30, 2012. A hearing on the motion will be held on January 10, 2013.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE