```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 2:10-cr-00327-MCE |
| Plaintiff, | |
| v. | STIPULATION CONTINUING HEARING ON DEFENDANT SHAUN BHAMANI'S MOTION FOR SEVERANCE |
| AKBAR BHAMANI, et al., | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Shaun Bhamani, through his undersigned counsel Bruce Locke, that the hearing on the defendant's motion for severance currently set for February 7, 2013, may be continued to March 7, 2013. It is further stipulated that the government's opposition brief shall be filed by February 7, 2013, and the defendant's reply brief, if any, shall be filed by February 21, 2013.

Dated: February 1, 2013

                                          Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

```
                              By:/s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney


Dated: February 1, 2013         /s/Bruce Locke
                                BRUCE LOCKE
                                Attorney for Defendant Shaun Bhamani
```

**ORDER**

    IT IS SO ORDERED.

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE