LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 485-1617
Facsimile: (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant JOHN PIERRE QUINTANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-327 TLN |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| JOHN PIERRE QUINTANA, et. al. | |
| Defendants. | |

It is hereby stipulated and agreed by and between the United States of America and defendant John Pierre Quintana, through their respective attorneys, that defendant's attorney Richard Pachter can pick up defendant's passport from the Clerk of the Court upon this order having been issued by the Court, make a photocopy of the passport, and return the passport to the Clerk of the Court after making said photocopy.

Dated: August 5, 2013                        BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

                                             By:/s/Steven Lapham
                                                 STEVEN LAPHAM
                                                 Assistant U. S. Attorney
                                                 (per email authorization)

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

Dated: August 5, 2013

                            /s/ Richard Pachter
                            RICHARD PACHTER
                            Attorney for Defendant JOHN PIERRE QUINTANA

## [~~PROPOSED~~] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: defendant JOHN PIERRE QUINTANA's passport will be temporarily released to his attorney, Richard Pachter, so that Mr. Pachter can make a photocopy of the passport. Mr. Pachter will return the passport to the Clerk of the Court after making said photocopy.

DATED: August 6, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE