MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendant
ZAIN BHAMANI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AKBAR BHAMANI, et al., <br><br> Defendants. | CASE NO. 2:10-cr-00327-TLN <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the status conference presently set for August 29, 2013, at 9:30 a.m., should be continued to September 12, 2013 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded during that period.

The reason for the continuance is that more time is necessary to complete the tasks described on the record at the last status conference on August 1, 2013, that is, the further analysis of evidence pertaining to certain potential factors under the Sentencing Guidelines. The parties stipulate that the continuance should be granted for defense preparation and for complexity. The parties further stipulate that the ends of justice served by granting this

///

///

continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: August 27, 2013

/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Zain Bhamani

Dated: August 27, 2013

/s/ Bruce Locke
BRUCE LOCKE
Attorney for Shaun Bhamani

Dated: August 27, 2013

/s/ Edward W. Swanson
EDWARD W. SWANSON
Attorney for Akbar Bhamani

Dated: August 27, 2013

/s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Ken Sarna

Dated: August 27, 2013

/s/ John P. Panneton
JOHN P. PANNETON
Attorney for Aly Bhamani

Dated: August 27, 2013

/s/ Matt Bockman
MATT BOCKMAN
Attorney for Feroza Bhamani

Dated: August 27, 2013

/s/ Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Laila Bhamani

Dated: August 27, 2013

/s/ Richard Pachter
RICHARD PACHTER
Attorney for John Pierre Quintana

Dated: August 27, 2013

/s/ Stephen Lapham
STEPHEN LAPHAM
Attorney for the United States

1    For the reasons stated in the above stipulation, the Court finds that the ends of justice
2  served by granting this continuance outweigh the best interests of the public and the defendants in
3  a speedy trial. The status conference in this matter now set for August 29, 2013 is accordingly
4  continued to September 12, 2013, at 9:30 a.m.
5    IT IS SO ORDERED.
6  Dated: August 29, 2013

        Troy L. Nunley
        United States District Judge