BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AKBAR BHAMANI, ET AL., <br> Defendant. | CASE NO. 2:10-cr-00327 TLN <br><br> ORDER DISMISSING INDICTMENT AS TO JOHN PIERRE QUINTANA ONLY |

Based on the the government's motion to dismiss the indictment against John Pierre Quintana,

IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed as to John Pierre Quintana only.

DATED: October 1, 2013

_____
Troy L. Nunley
United States District Judge

1