LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 485-1617
Facsimile: (916) 244-0529
richard@pachterlaw.com (e-mail)

Attorney for Defendant JOHN PIERRE QUINTANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PIERRE QUINTANA, et. al.<br><br>    Defendants. | Case No. 2:10-CR-327 TLN<br><br>STIPULATION AND ORDER FOR RETURN OF PASSPORT AND EXONERATION OF UNSECURED APPEARANCE BOND |

WHEREAS, on or about August 16, 2010, a $50,000 unsecured appearance bond was filed on behalf of John Pierre Quintana in the above captioned case. The unsecured appearance bond was signed by defendant John Pierre Quintana and co-signed by Eliane Quintana.

WHEREAS, on or about August 17, 2010, John Pierre Quintana's United States Passport was received as collateral by the Clerk of the Court and continues to be in the possession of the Clerk of the Court;

WHEREAS, the indictment has been dismissed against John Pierre Quintana;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America and defendant John Pierre Quintana, through their respective attorneys, that,

defendant's attorney Richard Pachter can pick up defendant's passport from the Clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that the $50,000 unsecured appearance bond as to John Pierre Quintana should be exonerated in the above-caption case.

Dated: October 2, 2013	BENJAMIN B. WAGNER
	UNITED STATES ATTORNEY

	By: /s/Steven Lapham
	    STEVEN LAPHAM
	    Assistant U. S. Attorney
	    (per email authorization)

Dated: October 2, 2013

	/s/ Richard Pachter
	    RICHARD PACHTER
	    Attorney for Defendant JOHN PIERRE
	    QUINTANA

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: Mr. Quintana's passport will be provided to his attorney, Richard Pachter.

IT IS FURTHER ORDERED THAT: the $50,000 unsecured appearance bond signed by John Pierre Quintana and co-signed by Eliane Quintana, is hereby exonerated in the above-captioned case.

Dated: October 2nd, 2013

_____
Troy L. Nunley
United States District Judge